IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

TYSHAWN MIMS,
ADC #129726, et al.                                                                                    PLAINTIFFS

v.                                              3:03CV00148HLJ

BOB BRETHERICK, et al.                                                                          DEFENDANTS

ORDER

On September 29, 2005, this Court issued a Proposed Findings & Recommendation in this action (DE #105). Therefore, plaintiffs' motions for ruling (DE ##102, 104) are hereby DENIED as moot.

IT IS SO ORDERED this 2nd day of November, 2005.

_____
United States Magistrate Judge