**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

TYSHAWN MIMS, ADC #129726;                                           PLAINTIFFS
JAMES DUMAS, ADC #129761; and
WILLIAM JONES, ADC #129787

v.                                    No. 3:03CV00148 JLH

BOB BRETHERICK, *et al.*                                              DEFENDANTS

**JUDGMENT**

Pursuant to the Opinion and Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that plaintiffs shall have judgment over defendant Bretherick on their due process claims in the amount of $1.00 each nominal damages and $500.00 each punitive damages (total award of $1,503.00), and that their failure to protect claim against defendant Buckley is hereby DISMISSED with prejudice.

IT IS SO ORDERED this 28th day of December, 2005.

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE